AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of:
*(Briefly describe the property to be searched or identify the person by name and address)*

United States Postal Service Priority Mail parcel bearing tracking number 9505514103751187633963 (Subject Parcel), as further described on Attachment A, and currently located at the US Postal Inspector Wichita Domicile, 7117 West Harry Street, Wichita, Kansas

Case No. 21-M-6112-01-KGG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
United States Postal Service Priority Mail parcel bearing tracking number 9505514103751187633963 (Subject Parcel), as further described on Attachment A, and currently located at the US Postal Inspector Wichita Domicile, 7117 West Harry Street, Wichita, Kansas,

located in the **DISTRICT OF KANSAS**, there is now concealed *(identify the person or describe the property to be seized)*:
Items to be seized from the Subject Parcel include controlled substances; specifically marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and US Currency or money orders.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with the intent to distribute controlled substances |
| 21 USC 846 | Attempts and Conspiracies to distribute controlled substances |
| 21 USC 843(b) | Unlawful use of a communication device to facilitate a drug trafficking crime |

The application is based on these facts:
See Attached Affidavit

✓ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joshua Highfill, Postal Inspector, U.S. Postal Inspection Service
*Printed name and title*

Telephonically
Sworn to before me and signed in my presence.

Date: Jul 8, 2021

*Judge's signature*

City and state: Wichita, Kansas

HONORABLE KENNETH G. GALE, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Joshua Highfill, being first duly sworn on oath, state as follows:

## AGENT INTRODUCTION AND BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service and have been so employed since August 2015. I am currently assigned to the Wichita Domicile of the Postal Inspection Service and have experience enforcing drug laws. This affidavit is based on my own personal knowledge and information given to me by other Postal Inspectors and other law enforcement personnel.

2. I received training from the United States Postal Inspection Service regarding individuals using the United States Mail to transport controlled substances and proceeds from the sale of controlled substances. I received training from the Kansas Law Enforcement Training Center and while working for the Olathe, Kansas Police Department involving narcotic investigation techniques, chemical field testing, and training in the identification and detection of controlled substances. As a United States Postal Inspector, I have been involved in illegal narcotic investigations to include narcotics being sent through the mail.

3. The United States Postal Inspection Service has implemented a parcel profile program targeting parcels mailed to and from areas of the United States which have been identified by law enforcement as being source areas for the distribution of controlled substances. The Wichita Domicile Postal Inspection Service program consists of reviewing postal service records and a physical profile of Express and Priority Mail parcels and envelopes which have originated from and/or have been received for delivery in the District of Kansas.

## ITEM TO BE SEARCHED AND ITEMS TO BE SEIZED

4. This affidavit is made in support of an application for a search warrant for a United States Postal Service Priority Mail parcel bearing tracking number 9505514103751187633963," addressed to "Karla Rodriguez 803 North Sheridan Street, Wichita, Kansas 67203" with a return address of "Camilia Rebeles 7442 Crawford Place, Rancho Cucamonga, California 91739", mailed on July 6, 2021 from the Post Office in Rancho Cucamonga, California 91729.  Further, this parcel weighs approximately 7 pounds 3.2 ounces and bears $28.80 in postage (Subject Parcel).

5. Items to be seized from the Subject Parcel include controlled substances; specifically, marijuana, cocaine, methamphetamine and heroin; any drug paraphernalia related to the possession or distribution of a controlled substance including narcotic packaging and United States Currency or money orders.

6. The Subject Parcel is currently located, specifically at the United States Postal Inspector Wichita Domicile, located at 7117 West Harry Street, Wichita, Kansas 67276, which is in the District of Kansas.

## OFFENSES UNDER INVESTIGATION

7. Based on my training and experience and on the facts set forth in this Affidavit, I believe the Subject Parcel contains evidence of violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance); Title 21, United States Code, Section 846 (attempts and conspiracies to do the same); and  Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

## PROBABLE CAUSE

8. On July 7, 2021, while profiling parcels online, I observed a Priority Mail parcel bearing tracking number 9505514103751187633963," addressed to "Karla Rodriguez 803 North Sheridan Street, Wichita, Kansas 67203" with a return address of "Camilia Rebeles 7442 Crawford Place, Rancho Cucamonga, California 91739", mailed on July 6, 2021 from the Post Office in Rancho Cucamonga, California 91729.  Further, this parcel weighs approximately 7 pounds 3.2 ounces and bears $28.80 in postage (Subject Parcel).

9. Based on my training and experience I know there are common characteristics used by individuals who traffic in illegal controlled substances via the United States Mail.  The Subject Parcel contained several of these characteristics including:

   a. The Subject Parcel was mailed from a known illegal drug source distribution areas (i.e., Rancho Cucamonga, California).

   b. The Subject Parcel is similar in size and weight of previously seized parcels containing illegal narcotics.

   c. The recipient doesn't need to sign for the Subject Parcel when delivered.

   d. The contents of the parcel are packed very tight and don't move within the parcel.

   e. The postage was paid for with cash.

10. I queried the Subject Parcel's listed return address information, Camilia Rebeles 7442 Crawford Place, Rancho Cucamonga, California 91739 in the CLEAR Law Enforcement Database and found Camilia Rebeles is not associated to the address.

11.     I queried the Subject Parcel's addressee information, Karla Rodriguez 803 North Sheridan Street, Wichita, Kansas 67203 in the CLEAR Law Enforcement Database and found Karla Rodriguez is not associated to the address.

12.     On July 8, 2021, an exterior odor search of the Subject Parcel was conducted at the Wichita P&DC located at 7117 West Harry Street, Wichita, Kansas.  At approximately 1:37 pm, Wichita Police Officer Daniel Gumm and his certified narcotic canine, Bane, conducted a sniff of the area.  Bane sniffed the area and then alerted to the Subject Parcel as containing a narcotic odor.  Officer Gumm confirmed Bane's actions indicated he had alerted to the Subject Parcel as containing a narcotic odor.   "Under our case law, a random dog sniff is not a search for Fourth Amendment purposes and a positive dog alert gives officers probable cause to search." *United States V. Parada*, 577 F.3d 1275, 1281 (10th Cir. 2009).

13.     According to Officer Gumm, he began basic training with Police Service Dog Bane in April of 2017. Officer Gumm and Police Service Dog Bane completed 200 hours in the detection of marijuana, methamphetamine, cocaine, and heroin during the basic training class. Police Service Dog Bane was last certified in drug detection on September 23, 2020.  Police Service Dog Bane has continued to attend maintenance training every week since basic training and his original certification that includes the detection of marijuana, methamphetamine, cocaine, and heroin. This training averages 12 hours per month.

## **CONCLUSION**

14.     Therefore, based on these facts, I believe there is probable cause to believe that the Subject Parcel contains evidence of a crime, including Title 21, United States Code, Section 841, and/or other illegal contraband (including actual narcotics), in violation of  Title 21, United States Code, Section 841(a)(1), (possession with intent to distribute a controlled substance); Title

4

21, United States Code, Section 846 (attempts and conspiracies to do the same); and Title 21, United States Code, Section 843(b) (unlawful use of a communications facility to facilitate the commission of the above narcotics offenses).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Joshua Highfill
United States Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed before me on this Telephonically __8th__ day of July 2021.

_____
THE HONORABLE KENNETH G. GALE
United States Magistrate Judge

5